AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>AMIEL JOSEPH TRAZO,<br><br>Defendant(s) | )<br>)<br>) Case No.  24-MJ-6075-STRAUSS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    January 17, 2024,    in the county of    Broward    in the
   Southern    District of    Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1)<br>18 U.S.C. § 2252(a)(4)(B) | Transportation of Child Pornography<br>Possession of Child Pornography |

FILED BY ____AT____ D.C.

Feb 17, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_____
Complainant's signature

Michelle Maglione, HSI Special Agent
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by    FaceTime   

Date:    February 17, 2024   

_____
Judge's signature

City and state:    Fort Lauderdale, Florida              Jared M. Strauss, U.S. Magistrate Judge
                                                                                    Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michelle Maglione, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is being submitted in support of a criminal complaint which charges **Amiel Joseph Trazo** with a violation of Title 18, United States Code, Sections 2252(a)(1) (transportation of child pornography) and 2252(a)(4)(B) (possession of child pornography).

2. I am employed as a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). In my current position as an HSI Special Agent, I am assigned to the Internet Crimes Against Children ("ICAC") Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A.

3. As an HSI Special Agent, I have received training in how to conduct child exploitation investigations, and I have both conducted and assisted in such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material.

4. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

### Background

5. The National Center of Missing and Exploited Children (NCMEC) works with law enforcement, Internet Service Providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. In doing so, it operates Child Victim Identification Programs to assist law enforcement in identifying victims of child pornography and child sexual exploitation. In addition, NCMEC generates investigative leads, known as "CyberTips," to assist law enforcement in identifying perpetrators of this type of crime.

6. Law enforcement received a total of nine (9) CyberTips from NCMEC associated with crew member, Amiel Joseph Trazo, who was employed on Disney Dream cruise ship, for receipt of child sexual abuse material (CSAM).

7. On or about January 17, 2024, Amiel Joseph Trazo, a citizen of the Republic of the Philippines, working as crew member aboard Disney Dream cruise ship, arrived at Port Everglades Florida, located in Broward County, Florida. Law enforcement approached Trazo and conducted a border search of his electronic devices. Trazo was in possession of an iPhone 15 Pro Max and an iPhone 7 Plus. Law enforcement conducted a cursory search of Trazo's iPhone 15 Pro Max after Trazo provided the password to the device. During their inspection, two videos of child pornography were discovered:

- The first video is approximately 44 seconds in duration and depicts a female child that is approximately 12-14 years of age wearing a robe and exposing her breasts and vagina. The child then touches her vagina and lifts her leg exposing her vagina.
- The second video is approximately 8 minutes and 39 seconds in duration and depicts a nude female child that is approximately 6-8 years of age. The child's vagina is exposed, while an adult's hand begins to touch and manipulate it. Also during the video there is an adult male who attempts to insert his penis into the child's vagina after rubbing his penis on the vagina. At approximately 3 minutes and 40 seconds into the video, the adult male penetrates the child's vagina, at which time blood is seen coming out of the vagina and on the penis.

8. Law enforcement conducted a full forensic review of Trazo's iPhone and discovered additional videos and images of CSAM to include an image of a female approximately 10-14 years of age. The child is naked leaning over a naked adult male on a bed. The female child is holding the adult male erect penis performing oral sex.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of **Amiel Joseph Trazo** for committing a violation of Title 18, United States Code, Sections 2252(a)(1) (transportation of child pornography) and 2252(a)(4)(B) (possession of child pornography).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT MICHELLE MAGLIONE
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by  FaceTime  on this  17th  day of  February , 2024.

_____
JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

3